UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **RICHARD A. STAINBROOK,**<br>　　　　　　Plaintiff, | 6:13-cv-01624-ST |
| v. | ORDER AWARDING<br>ATTORNEY FEES<br>PURSUANT TO THE<br>EQUAL ACCESS TO JUSTICE ACT |
| **COMMISSIONER, SOCIAL<br>SECURITY ADMINISTRATION,**<br>　　　　　　Defendant. | |

Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, it is hereby ordered that EAJA attorney's fees of $8,734.06 shall be awarded to Plaintiff. If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Max Rae, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel, Max Rae, at PO Box 7790, Salem, OR 97303-0175.

DATED this _____ day of December, 2014.

_____
United States District Judge
Magistrate

PRESENTED BY:
/s/ Max Rae
MAX RAE, OSB#81344
(503) 363-5424
Attorney for Plaintiff, Richard A. Stainbrook

Page 1.　ORDER AWARDING EAJA ATTORNEY FEES -- STAINBROOK v.
　　　　　COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, 6:13-cv-01624-ST