IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **RICHARD A. STAINBROOK,** | 6:13-CV-01624-ST |
| **Plaintiff,** | ORDER |
| **v.** | |
| **CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration,** | |
| **Defendant.** | |

**BROWN, Judge.**

    Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#34) on April 13, 2015, in which she recommends this Court grant Plaintiff's Unopposed Motion (#31) for Attorney Fees under 42 U.S.C. 406(b) and award Plaintiff attorneys' fees pursuant to § 406(b) in the amount of $19,128.25 less $8,734.06 in attorneys' fees previously awarded to Plaintiff in this matter under the Equal Access to Justice Act, 28 U.S.C. § 2412, for a total award of $10,394.19.  The matter is now before this Court

1 - ORDER

pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. See *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009). See also *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#34). Accordingly, the Court **GRANTS** Plaintiff's Unopposed Motion (#31) for Attorney Fees under 42 U.S.C. 406(b) and **AWARDS** Plaintiff attorneys' fees pursuant to § 406(b) in the amount of **$10,394.19**.

IT IS SO ORDERED.

DATED this 11th day of May, 2015.

/s/ Anna J. Brown
_____
ANNA J. BROWN
United States District Judge

2 - ORDER